# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## PROBATION OFFICE

MATTHEW R. MACAVOY
CHIEF U.S. PROBATION OFFICER

FEDERAL OFFICE BUILDING
600 ARCH STREET, SUITE 2400
PHILADELPHIA, PA 19106-1679
215-597-7950
FAX: 215-597-8856

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 1 2 2020 ★

March 5, 2020

LONG ISLAND OFFICE

**CR 20 132**

**BROWN, J.**

### MEMORANDUM

TO: The Honorable Berle M. Schiller

RE: Julian Samuels
Docket No.: 03-503-1
**Transfer of Jurisdiction**

On July 19, 2004, Julian Samuels appeared before Your Honor for sentencing after pleading guilty to possession with intent to distribute more than 5 grams of cocaine base ("CRACK") (Count One); possession with intent to distribute more than 5 grams of cocaine base ("CRACK") within 1,000 feet of a school (Count Two); possessing a firearm in furtherance of a drug trafficking crime (Count Three); and felon in possession of a firearm (Count Four). He was sentenced to 248 months imprisonment, followed by eight years of supervised release. He was also ordered to pay a $400.00 special assessment fee and a $1,000.00 fine.

On September 20, 2019, supervision of Mr. Samuels case was transferred to the Eastern District of New York. On December 17, 2019, the Eastern District of New York advised that they will accept transfer of jurisdiction.

Attached are two copies of the Probation Form 22 for Your Honor's consideration. If Your Honor is in agreement, please sign both forms and return them to our office for processing. Should Your Honor have any questions, please contact the undersigned officer at 267-299-4527.

Respectfully submitted,

Matthew R. MacAvoy, Chief
U.S. Probation Officer

Robert E. Scales
U.S. Probation Officer

RECEIVED
MAR 1 0 2020
U.S. Probation Office
Eastern District of PA

RES/pdt

attachments

Approved by: _____
Fred D. Crawford, Supervising
U.S. Probation Officer