PROB 22
(Rev. 2/88)

TRANSFER OF JURISDICTION

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 12 2020 ★
LONG ISLAND OFFICE

CASE NUMBER *(Tran. Court)*
03-503-1

CASE NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Julian Samuels<br>848 Hastings Street<br>Baldwin, NY 11510 | Eastern District of Pennsylvania | Philadelphia |
| | NAME OF SENTENCING JUDGE<br>Berle M. Schiller | |
| | DATES OF SUPERVISED RELEASE: | FROM 09/20/2019    TO 09/19/2027 |

OFFENSE

21: U.S.C. §841 (a)(1) and §841(b)(1)(B), possession with intent to distribute more than 5 grams of cocaine base ("CRACK"); 21: U.S.C. §860(a), possession with intent to distribute more than 5 grams of cocaine base ("CRACK") within 1,000 feet of a school (Count Two); 18: U.S.C. §924(c)(1), possessing a firearm in furtherance of a drug trafficking crime (Count Three); and 18: U.S.C. §922(g)(1), felon in possession of a firearm (Count Four).

PART 1 - ORDER TRANSFERRING JURISDICTION

CR 20-132
BROWN, J.

UNITED STATES DISTRICT COURT FOR THE **Eastern District of Pennsylvania.**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Eastern District of New York** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

3-9-2020
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **Eastern District of New York.**

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3/13/2020
Effective Date

s/ Gary R. Brown
_____
United States District Judge