Julian Samuels

20 cr 132

416 rockaway Parkway

Apt 3B

Brooklyn, NY 11212

FILED
IN CLERK'      ' 'F
U.S. DISTRIC'           · N.Y.

★    JUL 07 2022    ★

LONG ISLAND OFFICE

The Honorable Judge Gary R. Brown

100 Federal Plaza

Central Islip, NY 11722

Dear Judge Brown;

Hello, my name is Julian Samuels and I was released from federal prison via the First Step Act on September 20, 2019. I am seeking early termination of supervised released.

In October I started working thru a program called CEO and also worked the night shift at the Jacob Javits Center until January 3 of 2020. In which I enter into a union job in Jersey City where upon completion on the job I was granted a union card as a concrete laborer (in New York). I have been working this union job up until now, I was laid off due to completion of project (The Museum of National History). However, I have worked on numerous projects since entering the union and have participated in all endeavors of the union from meetings to picket lines. The problem I'm having that the work that is available to me now is only SWAC work which comprises of airport, banks, World Trade Center and any federal grounds. The residential/commercial is slowed down until a few months however find myself at the same fork if the construction company I work for does not have any work; then, I am force to go to unemployment and repeat the process of working for 6-18 months at time. I can't work at the airport or any federal properties do to being on Supervised Release hinders me from applying for the SWAC card which is necessary to work on these jobs. I can't apply until off Supervised Release this is the rules from the SWAC guidelines. If I get SWAC approved then the jobs that are available are long term jobs the airport is a 10-year job, the banks are 2-3 years and the World Trade Center is an indefinite job due to the building structure and number of buildings.

I spoke with my then Probation officer Victoria Main and she had explained that I should seek early termination on the basis of that supervised release is hindering my rehabilitation and that I would have

the support of my Probation Officer, however she was transferred to the Central Islip Office and I was assigned to Ewelina Zajkowski and when asked if she would support this she had also agreed.

So, Your Honor, I am asking for your approval of this request for early termination of supervised released so that I could move forward with my life and be able to keep progressing as I have a late start in life.

Thank you for your time and consideration in this matter!

Respectfully submitted;

Julian Samuels

CC: AUSA EDNY
Probation EDNY